**98–997.   State v. James.**
Richland App. No. 96CA17.   On motion for leave to file delayed appeal.   Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–1003.   State v. Stewart.**
Washington App. No. 96CA18.   On motion for leave to file delayed appeal.   Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–1006.   State v. Steele.**
Hamilton App. No. C–950019.   On motion for leave to file delayed appeal.   Motion denied.

**98–1025.   State v. Aqu–Simmons.**
Cuyahoga App. No. 70035.   On motion for leave to file delayed appeal.   Motion denied.

**98–1027.   State v. Yeagley.**
Holmes App. No. 96–558.   On motion for leave to file delayed appeal.   Motion denied.

**98–1053.   State v. Borden.**
Hamilton App. Nos. C–960977 and C–961050.   On motion for leave to file delayed appeal.   Motion denied.
   PFEIFER and COOK, JJ., dissent.

**98–1075.   State v. Prewitt.**
Cuyahoga App. No. 71855.   On motion for leave to file delayed appeal.   Motion denied.

**98–1160.   Bedford v. Tolbert.**
Cuyahoga App. No. 72439.   On motion for stay.   Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**98–747.   Ferro Corp. v. Blaw–Knox Food & Chem. Equip. Co.**
Cuyahoga App. Nos. 70804 and 70936.   On appeal of American Tank & Fabricating Company.   Discretionary appeal denied.
   MOYER, C.J., dissents and would allow on Proposition of Law No. 1 only.
   RESNICK and LUNDBERG STRATTON, JJ., dissent.
   On cross-appeal of Ferro Corporation.   Discretionary cross-appeal allowed.
   DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.
   On cross-appeal of Blaw–Knox Food & Chemical Equipment Company.   Discretionary cross-appeal denied.
   PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.
   On motion for admission *pro hac vice* of P. Christian Hague.   Motion granted.

**98–884.   State v. Condron.**
Montgomery App. No. 16430.   Discretionary appeal allowed on Proposition of Law No. I only.
   RESNICK, PFEIFER and COOK, JJ., dissent.

## RECONSIDERATION DOCKET

**96–2029.   State v. White.**
Ashland App. No. 96–CRI–07366.   Reported at 82 Ohio St.3d 16, 693 N.E.2d 772.   On motion for reconsideration.   Motion denied.

**96–2350.   Smith v. Granville Twp. Bd. of Trustees.**
Licking App. No. 96–CA–98.   Reported at 81 Ohio St.3d 608, 693 N.E.2d 219.   On motion for reconsideration.   Motion denied.
   MOYER, C.J., and COOK, J., dissent.
   On *amicus curiae* motions for leave to file under S.Ct.Prac.R. XI of city of Columbus, Ohio Home Builders Association, Inc., Ohio Municipal League et al., and city of Toledo.   Motions granted.